**No. 425. Group No. 1, Oil Corp. *v.* Bass, Collector of Internal Revenue.** November 24, 1930. In view of the interest of the State of Texas, as stated by it as *amicus curiae* in support of the petition for rehearing, it is ordered that the petition for rehearing be, and the same is hereby, granted. The order heretofore entered on October 20, 1930, denying the petition for writ of certiorari herein is vacated, and it is ordered that the petition for writ of certiorari in this case be, and the same is hereby, granted. *Messrs. Homer L. Bruce* and *James A. Baker* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist* and *Messrs. Claude R. Branch, Sewall Key,* and *John G. Remey* for respondent.